DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEOPOLDO RUIZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2975

[November 22, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Sherwood Bauer, Jr. and Dan L. Vaughn, Judges; L.T. Case No. 47-2014CF-000412A.

Leopoldo Ruiz, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***